AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                        **CRIMINAL COMPLAINT**

**VICTOR QUINONEZ      SANDRA SANTIAGO**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 25, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and aiding and abetting; and On APRIL 27, 2005, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __21 and 18__ United States Code, Section(s) __841(a)(1) and 2__.

I further state that I am __OFFICER EDWARD HANSOHN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER EDWARD HANSOHN**
**MAJOR NARCOTICS BRANCH, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                               City and State

_____        _____
Name & Title of Judicial Officer                 Signature of Judicial Officer