**STATEMENT OF FACTS**

On Friday, March 25, 2005, a Confidential Informant (CI) for the Metropolitan Police Department met with the defendants Victor Quinonez, known to him as Angel, and Sandra Santiago to purchase a quantity of crack cocaine base. The CI and defendants went to 1216 Mt. Olivet Street, N.E., Washington, D.C. When the CI walked over to the car the defendants were in, defendant Santiago handed the a CI a plastic bag containing a white and tan rock-like substance. The white and tan rock-like substance appeared to be crack cocaine. Defendant Quinonez got out of the car, and followed the CI into the above location. Once inside, defendant Quinonez met with an undercover officer (U/C) with the Metropolitan Police Department's Major Narcotics Branch. After defendant Quinonez and the U/C discussed the plastic bag containing the suspected crack cocaine and future purchases, the CI gave the U/C the plastic bag, and the U/C gave defendant Quinonez $2,000.00 in pre-recorded MPDC funds. The defendants left the area. A portion of the suspected crack cocaine field tested positive for cocaine. The approximate weight of the suspected crack cocaine was 62 grams.

On Wednesday, April 27, 2005, at about 6:11 p.m., the U/C officer met with defendant Quinonez at 1216 Mt Olivet Street, N.E., Washington, D.C. to purchase a half of kilogram of cocaine. Defendant Quinonez went inside, while defendant Santiago sat in the car. Once inside defendant Quinonez told the U/C that he only had 250 grams of cocaine with him and he wanted $7,500.00 for it. The U/C showed defendant Quinonez the money, and the defendant stated he going to get it and left. The defendant, was stopped a short time later, a search of the car revealed approximately 10 grams of suspected cocaine behind the radio inside the car and personal papers and mail matter in both defendant's names. A portion of the suspected cocaine field tested positive for cocaine. Officers placed the defendants under arrest.

_____
OFFICER EDWARD HANSOHN
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THE _____ DAY OF APRIL, 2005.


_____
U.S. MAGISTRATE JUDGE