NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON   DC   20001-2800

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v | ) | Criminal Nº 05-0238M-01 |
| | ) | |
| | ) | |
| VICTOR QUIÑONES | ) | |

TO:   NANCY MAYER–WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

✔ CJA           ☐ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

Joseph Virgilio   (Bar Nº 237370)
1000 Connecticut Avenue  NW
Nº  1
Suite  613
Washington   DC   20036-5313
202.686.6914