UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0238M-01 (CR) |
|  | : | MAGISTRATE NO. 05-0238M-02 (CR) |
| **VICTOR QUINONEZ,** | : |  |
| **SANDRA SANTIAGO,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(C) |
|  | : | (Unlawful Distribution of Cocaine); |
|  | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
|  | : | (Unlawful Distribution of 50 Grams or More |
|  | : | of Cocaine Base); |
|  | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
|  | : | (Unlawful Distribution of 5 Grams or More of |
|  | : | Cocaine Base); |
|  | : | 21 U.S.C. §844(a) |
|  | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 18, 2005, within the District of Columbia, **VICTOR QUINONEZ and SANDRA SANTIAGO,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

**COUNT TWO**

On or about March 25, 2005, within the District of Columbia, **VICTOR QUINONEZ and SANDRA SANTIAGO,** did unlawfully, knowingly and intentionally distribute a mixture and

substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT THREE

On or about April 18, 2005, within the District of Columbia, **VICTOR QUINONEZ and SANDRA SANTIAGO,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT FOUR

On or about April 27, 2005, within the District of Columbia, **VICTOR QUINONEZ and SANDRA SANTIAGO**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.