UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-179-02 (HHK)** |
| | : | |
| v | : | |
| | : | |
| **VICTOR QUINONEZ** | : | |

### INFORMATION TO ESTABLISH PRIOR CONVICTION FOR  FELONY DRUG OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, **VICTOR QUINONEZ**, has the following prior conviction for a felony drug offense:

>  **Sale of a Controlled Substance**
>  **Case No. 5568-98**
>  **New York**
>  **Date: June 1, 1999**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less

than 10 years..."

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney
        Bar No. 451058

        _____

        Catherine K. Connelly
        Assistant United States Attorney
        Narcotics Section, Mass. Bar No. 649430
        555 4th Street, N.W. #4844
        Washington, DC 20001
        Phone: 616-3384
        Fax: 353-9414

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Joseph Virgilio, this 7th day of June 2005.

        _____
        Catherine Connelly
        Assistant United States Attorney