UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-59 (RMC) |
| | : | |
| V. | : | |
| | : | |
| TARIK SETTLES | : | |
| | : | |

**INFORMATION TO ESTABLISH PRIOR
CONVICTION FOR  FELONY DRUG OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, **TARIK SETTLES**, has the following prior convictions for a felony drug offense:

**Attempted Possession with the Intent to Distribute Cocaine
Case No. F-8748-99
D.C. Sup. Ct.
Date: July 17, 2000**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less

than 10 years..."

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          BAR NO. 451058

          _____
          Catherine K. Connelly
          Assistant United States Attorney
          Narcotics Section, Mass. Bar No. 649430
          555 4th Street, N.W. #4844
          Washington, DC 20001
          (202)616-3384; Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Mitchell Seltzer, this 1st day of June 2005.

          _____
          Catherine Connelly
          Assistant United States Attorney