THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-cr-179 (HHK) |
| ) | |
| VICTOR QUINONEZ et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

*Undersigned*, enters her appearance to represent Victor Quinonez, the defendant in the above captioned case.

Respectfully submitted,

_____
Elita C. Amato
D. C. Bar # 442797
1790 Lanier Place., N.W.
Washington, D.C. 20009
(202) 332-8660

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2005, the foregoing Notice was electronically served upon all parties in this case.

ECA
_____
Elita C. Amato