**Sergeant John Joseph Brennan**
**Major Narcotics Branch**
1215-3rd Street, Northeast
Washington, D.C.  20002
202- 439-1573

**EMPLOYMENT**

<u>**Metropolitan Police Department**</u>.  *Washington, D.C.*  1971-present.
During 33 years on the force, Sgt. Brennan has participated in over 5,000 drug cases as either an undercover officer, an arrest team member, or a supervisor.  He has been assigned to the D.C. Narcotics Branch for 25 years.  He is responsible for instructing undercover officers on drug trafficking, protocols for undercover buys, packaging of narcotics, and how to maintain the chain of custody for crime scene evidence.  In 1987, Sgt. Brennan founded the Drug Interdiction Unit for the D.C. Metropolitan Police Department.  Also, he supervised the Diversion Unit which investigates doctors, nurses, and pharmacists who illegally divert narcotics.

For the past 15 years, Sgt. Brennan has assisted the FBI with numerous Narcotics Operations including wiretaps, undercover purchases, long term surveillance, and long term investigations.

**SELECTED PRIOR CASES**

**United States v. Rayful Edmonds** in U.S. District Court (the prosecution of D.C.'s largest and most notorious drug dealer).

**Florida v. Bostick**, 501 U.S. 429 (1991) (worked with Solicitor General Kenneth Starr in developing that case before the United States Supreme Court).

**United States v. Wilbur P. Fludd** in U.S. District Court (major supplier of crack cocaine and PCP convicted of distribution and possession with intent to distribute thousands of dollars of crack cocaine).

**EXPERT WITNESS**

<u>**D.C. Superior Court & U.S. District Court for D.C.**</u>.  1990-present.
Sgt. Brennan has testified more than 100 times as a drug expert regarding packaging, pricing, weight, chain of custody, sale and distribution of narcotics.

Cited in: **Guadalupe v. United States**, 585 A. 2d 1348 (D.C. 1991)(testified on methods and means of narcotics industry).

**Oliver v. United States**, 618 A. 2d 705 (D.C. 1993) (quoting Sgt. Brennan expert testimony <u>Guadalupe</u>)

## INSTRUCTOR

**Maurice T. Turner Jr. Institute for Police Science**. *Washington, D.C.* 1988-present.
On numerous occasions, Sgt. Brennan has served as a guest instructor for the D.C. Police Academy, teaching classes on drug trafficking, packaging, and identification of drugs.

**Federal Public Defender Service**.  2001
Sgt. Brennan has also taught classes on drug trafficking, packaging, and identification of drugs to Federal Public Defenders as a guest instructor.

**D.C. Public Defender Service**.
Sgt. Brennan has consulted on numerous occasions regarding packaging and pricing of drugs.

## PUBLICATIONS

Provides data to Department of Justice publications regarding Drug Trends on the East Coast of the United States.

Testified before Attorney General Janet Reno and the United States Sentencing Commission in reference to Justification of Federal Sentencing Guidelines on Drug Sentences.

## AWARDS

**U.S. Attorney's Award (10)**
Winner of the Metropolitan Police Department Achievement Medal (2003)