UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal N° 05-179 (HHK) |
| VICTOR QUINONEZ | * | |
| | * | |

## ORDER

Upon consideration of Defendant's *Motion to Compel Disclosure and Information about Informants*, any government response, and the evidentiary record, it is this _____ day of _____, 2004, hereby

**ORDERED** that defendant Victor Quinonez's Motion is granted; and it is further

**ORDERED** that the government shall provide the names of all informants, their locations as well as the requested Brady, Giglio material requested by the defendant in his motion pertaining to the informants.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE