UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-179 (HHK) |
| ) | |
| Victor Quinonez ) | |
| ) | |
|   Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant Victor Quinonez's Motion to Sever Defendants, the government's response, and the record of the evidentiary hearing in this matter, it is this _____ day of _____, 2005, hereby

**ORDERED** that defendant Victor Quinonez's Motion is granted; and it is further

**ORDERED** that the trial of Mr. Quinonez is severed from that of the co-defendant.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE