UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>) <br>**v.** ) <br>) <br>**Victor Quinonez** ) <br>) <br>**Defendant.** ) <br>_____ ) | **Criminal No.** 05-179 (HHK) |

**ORDER**

Upon consideration of Defendant Victor Quinonez's Opposition to Government's Notice of Intent to Introduce 404(B) evidence, and the government's response, it is this _____ day of _____, 2005, hereby

ORDERED that defendant Victor Quinonez's Motion is granted; and it is further

ORDERED that the government is precluded from introducing evidence of Mr. Quinonez's prior convictions for any purpose at trial.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE