UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-179-02 (HHK)** |
| | : | |
| **v** | : | |
| | : | |
| **VICTOR QUINONEZ** | : | |

### ORDER

Upon consideration of the Defendant's Motion to Sever, the Government's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Defendant's Motion be DENIED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4844
555 4th Street, N.W.
Washington, D.C. 20530

Elita Amato
1211 Connecticut Avenue, NW
Suite 400
Washington, DC 20036