UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-179 (HHK)** |
| | : | |
| v | : | |
| | : | |
| **VICTOR QUINONEZ and** | : | |
| **SANDRA SANTIAGO** | : | |

**ORDER**

Upon consideration of the Defendant's Motion to Compel Disclosure of Confidential Informant, Sever, the Government's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Defendant's Motion be DENIED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4844
555 4th Street, N.W.
Washington, D.C. 20530

Elita Amato
1211 Connecticut Avenue, NW
Suite 400
Washington, DC 20036

Tony Martin
7841 Belle Point Drive
Greenbelt, MD 20770