# EXHIBIT B



*MARTA S. GOLDSTEIN*
**Interpreting and Translating, LTD.**
English/Spanish

20401 RYECROFT COURT
MONTGOMERY VILLAGE, MD 20886
PHONE AND VOICE MAIL: 301-977-7223
FAX: 301-977-7087
E-MAIL: martagold@interpreting-translating.com

## PERSONAL CERTIFICATIONS & QUALIFICATIONS:

Native Spanish speaker born in Bogotá Colombia
FBI Spanish-English Language Certified - Top Secret Clearance
State Department contracted for Federal Court Interpreting
Federal Court Certified for Spanish
State Court Certified for Spanish– Maryland (and Consortium States)
DEA Spanish Language Certified.
Member of American Translators Association
National Association of Judiciary Interpreters and Translators
Lead Faculty Trainer for the Maryland Administrative Office of the Courts

## SPECIFIC AREAS OF EXPERTISE:

- Criminal and Civil Law, Contract Law
- Law Enforcement – DOJ, DEA, Marshals Service
- USDA, FDA, Technical meetings for all related Associations
- Agriculture – Grains, Genetics, Contracting, Procurement, Futures Markets
- Political Science – International Forums
- Communications – Satellite, Cable, Point-to-point radio

## FEDERAL COURTS

Hold certification at this level for over fourteen (14) years. One of **approximately eight hundred eighty** active Spanish-English Federal Court Certified Interpreters in the U.S. out of 42,000 plus candidates who have taken the test. This certification is the highest attainable for Court Interpreters nation wide. Federal Interpreters are allowed to work in all Federal Courts as well as State or Local courts after fulfilling state requirements.

Interpreting in **simultaneous, consecutive, and sight** into both languages, as well as translations of documents, transcriptions, and wiretaps.

Over 4,000 of work on transcript/translation of interviews, wiretaps, videos for the Department of Justice, local and state law enforcement as well as defense attorneys.

1

Retained as expert witness by the Department of Justice in a case involving suit brought by FBI language specialist dismissed for incompetence.

- Member in July of 1995 of the **Maryland Judicial Conference's Advisory Committee** on Interpreters commissioned by the **Governor of Maryland** that resulted in the Certification, Orientation, Rating and Testing of Interpreters, as well as the development of Cannons and Ethics.

- Appearances at many trials at Federal, State and Local levels as an **Expert Witness** regarding interpreting issues.

## TEACHING EXPERIENCE:

- **George Washington University - Lead Faculty for Judiciary Training** – 8-session course of studies for participants interested in ongoing education and training in professional skills necessary to become a Court Interpreter in preparation for State Certification.

- **Lead Faculty Administrative Office of the Courts of Maryland** for Mandatory Seminars and Workshops for Interpreter Training on the duties, responsibilities and ethics of Interpreting, including **Advanced Language Specific Courses,** and **Preparation Work Shops for State Interpreters Certification Test** for Spanish. Conduct an on-going 8-month training program for MD Administrative Office of the Courts for test preparation, prepared course of studies.

- **Certified Examiner and Rater** for Court Interpreting candidates in the states of Virginia, Delaware, Maryland, North Carolina and New Mexico under the auspices of the National Center for State Courts

- **Ethics, Cannons, and Trial Management.**
  **Introduce Training Workshops for Judges' and Attorneys** regarding Interpreters Role

- **Training at Hospitals** - providing training on the professional skills necessary to interpret in hospital settings


## TWENTY-FIVE EXPERIENCE IN SEMINARS AND CONFERENCES.

Interpreted for **Chief Justice Rehnquist** in Guanajuato, Mexico during high-level meeting and exchange with the Chief Justice of the Supreme Court of Mexico Genaro Gongora Pimentel – meetings with Juan Carlos Romero Hicks, Governor of the State, Justice Stephen G. Breyer was also present along with a delegation of U.S. Federal Judges. Subsequently have also interpreted for the Chief Justice during meetings with the Supreme Court Justices of Panama 2003.

Interpreted for the **President of El Salvador** during his visit to Washington D.C. to speak to leaders of the Republican Party – including Senator **Trent Lott** in order to address the problems arising out of the new immigration laws in the U. S.

Interpreted for the **Vice-President of Venezuela** during a visit to Georgetown University in Washington D.C. regarding the Constitutional Assembly being held in Venezuela.

2

Interpreted for the **First Lady of Venezuela** during her visit to Washington, D.C., where she addressed several different round table discussions as well as associations of Latin American women in the District of Columbia

Interpreted during meetings for former **President of Colombia, former Secretary General of the Organization of American** States during conferences in Washington D.C. as well as the **former Asst. Secretary for Inter-American Affairs Mr. Bernard Aronson.**

Interpreted for the visit of the **Salvadorian Commission** made up of **Cabinet members and Senators,** appointed by the President of El Salvador to address immigration issues - employed by the Salvadorian Embassy.

Interpreted for the IBM Institute for Electronic Government for the **First Lady of Chile** as well as members of the **Chilean Cabinet, Senators** and **Representatives** – employed by the offices of IBM in Washington, D.C. during many such visits.

Conference interpreting for International Organizations such as the **Organization of American States** at the **Inter American Defense College** and **Board** in Washington, D.C. – Global issues on Economy, Education, Religion, Politics, Environment etc.

**Hughes Network Systems** – interpreted extended training classes for Telecommunications including introduction to the Integrated Satellite Business Network, Operations Courses for Telephony Earth Stations and others. Extensive translations in the field of telecommunications, bids, contracts, site surveys, etc.

Extensive training meetings, seminars and conferences for the **FBI Academy** and the **Department of Justice** and the **Judicial College** in Reno Nevada on Asset Forfeiture, Money Laundering, Interdiction of Controlled Substances, Human Rights issues, etc. for Colombian judges, attorneys and investigators and delegations from other countries.

Seminars at the **National Center for State Courts** for Round Table Discussions of Supreme Court Justices from the Caribbean and South America on ethics and other subjects. Also interpreted for meetings at Harvard University for **Attorney Allan Dershowitz,** Ex-Mayor **Ed Koch, Reverend Sharpton** and others.

United Nations Delegates Round Table Discussion on a Mutual Legal Assistance Treaty.

**USDA** - In depth training classes at the University of Western Illinois on Commodities Exchange Market, Futures and Options. Extensive presentations on the Check-Off system for the Grain Market. Seminars for Mexican Cattle Ranchers, livestock as well as grains. Interpreted for Market News Branch yearly conferences, meetings, workshops, etc. Extensive translations for many departments within USDA – Translation of training materials.

Interpreted at U.S. and Latin American representatives on Agricultural issues such as the Chilean Karnal Bunt Inspection situation, seminars at Northern Crops Institute, University of North Dakota, Kansas State University, at Portland Oregon seminars and University of Georgia on all aspects of the grain and livestock markets, subjects include marketing, structure and management concepts, quality evaluation, health, sanitation, products, by-product utilization, genetically modified organisms, phytosanitary issues, HOC Conference Micotoxins, etc. Training sessions at Michigan State University for the in-depth understanding of Genetically Modified Organisms, and there effect on the global market place, and other science based topics

**U.S. Agricultural Organizations** – Conferences and seminars during short courses in diverse agricultural products such as wheat, corn, soy, poultry, beef cattle, etc., as well as published translations of Trade Rules and Regulations and Arbitration.

**FDA** –Seminars on Food Labeling and the problems inherent to Genetically Modified Organisms and their impact on the international market.

Seminars and Conferences held by **Conservation International** in many areas of the United States during their meetings and workshops regarding conservation issues, global warming, etc.

Video voice-overs as well as live television production in Washington D.C. during taping of shows for government and non-governmental organizations, including the **Dept. of Justice.**, voice for **U.S. Visit** at international airports.

**Dept. of Health and Human Services** – translation of training documents as well as conferences and seminars.

**GWU** – Extensive meetings and conferences focusing on political issues and the management of communications media – presentation of political campaigns – consulting and advising high government officials.

Other areas of experience: Civil Rights, American Labor Unions, U.S. Political system, Journalism, Public Works and Services, Education, Economics, Horticulture and many other.

4