UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-179-02 (HHK) |
| | : | |
| v | : | |
| | : | |
| VICTOR QUINONEZ | : | |

**INFORMATION TO ESTABLISH PRIOR**
**CONVICTION FOR  FELONY DRUG OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, **VICTOR QUINONEZ**, has the following prior conviction for a felony drug offense:

> **Sale of a Controlled Substance**
> **Case No. 5568-98**
> **New York**
> **Date: June 1, 1999**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory minimum** sentence upon conviction of Count Two of the Indictment, pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less  than 10 years..."  Furthermore, the defendant is subject to a **20-year mandatory minimum** sentence upon conviction of Count Three of the Indictment, pursuant to 21 U.S.C. § 841(b)(1)(A), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be

1

sentenced to a term of imprisonment which may not be less than 20 years...

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        Bar No. 451058

        _____
        Catherine K. Connelly
        Assistant United States Attorney
        Narcotics Section, Mass. Bar No. 649430
        555 4th Street, N.W. #4844
        Washington, DC 20001
        Phone: 616-3384
        Fax: 353-9414

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Elita Amato, this 9th day of November, 2005.

        _____
        Catherine Connelly
        Assistant United States Attorney