## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | **Criminal N⁰  05-179 (HHK)** |
| **VICTOR QUINONEZ** | * | |
| | * | |

**UNOPPOSED MOTION TO CONTINUE**
**TRIAL**

     ***COMES NOW,*** the defendant, Victor Quinonez, through undersigned counsel, Elita C. Amato, and respectfully requests this honorable court continue the trial date of November 14, 2005.  The following is in support of said motion:

1)  Undersigned counsel is Mr. Quinonez's second counsel.  She began her representation of the defendant in August 2005.

2)  Until last week, undersigned was of the belief that a plea would be entered into by the defendant.  Therefore, most of the work until last week was in furtherance of a plea.

3)  However, last week it became apparent that at this juncture the defendant seeks to proceed to trial.

4)  Undersigned is currently in trial.  She may or may not be finished with the trial by Monday, November 14, 2005.

5)  Regardless of the potential completion of the trial counsel is currently in, she will need additional time to prepare for trial in this case.  Additional review of the discovery and preparation is necessary to be able to competently represent the defendant in this case.

6) When the trial date of November 1, 4005, was initially scheduled, no motions were filed. However, last week, two motions were filed on behalf of the defendant, a motion to sever and a motion to compel disclosure of information about informants.  The filing of these motions excludes the time from the filing of such motion to the time the motion is resolved.  See 18 U.S.C.§ 3161 (h)(1)(F).  Any such period of delay for one defendant also tolls the speedy clock for the co-defendant as well.  See 18 U.S.C. §3161.

7) Undersigned requests only a continuance of three weeks.  Undersigned is available in December 2005 or the middle of January 2006.

8) The Assistant United States Attorney, Catherine Connelly does not oppose the continuance.

9) A message was left on the voice mail of Anthony Martin, Esq., attorney for the co-defendant this evening, November 9, 2005.  It is believed, through communications with the government that if a continuance is granted, the government would not oppose the release of the co-defendant to a halfway house or other appropriate placement.

   **WHEREFORE**, for these reasons and any others that may appear to this Honorable Court, Mr. Quinonez respectfully requests that this motion be granted and that the trial date scheduled for November 14, 2005, be continued.

   Respectfully submitted,


   _____
   Elita C. Amato, Esq.
   D.C. Bar No. 442797
   1211 Conn. Ave., N.W., Suite 400
   Washington, D.C.  20036
   202-223-3210