UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | **Criminal N⁰ 05-179 (HHK)** |
| **VICTOR QUINONEZ** | * | |
| | * | |

**ORDER**

Upon consideration of Defendant Quinonez's motion to continue trial, it is this

_____ day of _____, 2005, hereby

**ORDERED** that defendant Quinonez's Motion is granted; and it is further

**ORDERED** that the November 14, 2005, trial date is continued to a date convenient to all parties.

**SO ORDERED**.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE