# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | **Criminal Nº 05-179 (HHK)** |
| **VICTOR QUINONEZ** | * | |
| | * | |

## UNOPPOSED MOTION FOR ATTORNEY INQUIRY

*COMES NOW,* undersigned counsel, Elita C. Amato, and respectfully requests this honorable court schedule a hearing for ascertainment of counsel. Undersigned was retained to represent Mr. Quinonez last year. However, since sometime in December, it became quite clear to undersigned that Mr. Quinonez intended to fire undersigned and hire another attorney to represent him in his pending matter. Undersigned has been waiting to be contacted by another attorney but to date has received no such call.

Additionally, the attorney client relationship between Mr. Quinonez and undersigned has deteriorated to a point at which undersigned can no longer represent Mr. Quinonez, and if for what ever reason Mr. Quinonez cannot hire someone else, undersigned moves this Honorable Court appoint another attorney to replace undersigned.

Both the Assistant United States Attorney handling this matter as well as counsel to the co-defendant are already aware of the contents of this motion and concur that a hearing should be scheduled.

WHEREFORE, for these reasons and any others that may appear to this Honorable Court, it is respectfully requested that a hearing be scheduled in the third week of January[1] or sometime thereafter for this motion to be addressed.

                                           Respectfully submitted,

                                           _____
                                           Elita C. Amato, Esq.
                                           D.C. Bar No. 442797
                                           1211 Conn. Ave., N.W., Suite 400
                                           Washington, D.C.  20036
                                           202-223-3210

---

[1] Undersigned is scheduled to begin four to five day trial in Superior Court on January 9, 2006.