UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  05-179 (HHK) |
| v. | |
| | Status Hearing:  Feb. 21, 2006 – 9:45 a.m. |
| VICTOR QUINONEZ | |

NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record in the above captioned case on behalf of the defendant.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 Fax

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading was served on all parties via ECF filing on this 15th day of February 2006.

_____/s/_____
Manuel J. Retureta, Esq.