UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-179-01 (HHK)** |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. §371 |
| | : | (Conspiracy to Distribute and Possess With |
| **VICTOR QUINONEZ,** | : | Intent to Distribute 50 Grams or More of |
|     **Defendant.** | : | Cocaine Base) |

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about March 25, 2006, within the District of Columbia, **VICTOR QUINONEZ**, did knowingly and willfully combine, conspire, confederate and agree together with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 18, United States Code, Section 371)

                                              KENNETH L. WAINSTEIN
                                              Attorney of the United States in
                                              and for the District of Columbia
                                              Bar No. 451-058

BY: _____
       CATHERINE CONNELLY
       Assistant United States Attorney
       Federal Major Crimes Section
       555 4th Street, N.W., Room 4844
       Washington, D.C. 20530
       (202) 616-3384