UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+-----------------------------+
| UNITED STATES OF AMERICA    |
|                             |
|           v.                |
|                             |
|     Victor Quinonez         |
|                             |
|         Defendant.          |
+-----------------------------+

Criminal 05-179-01

**SENTENCING SCHEDULING ORDER**

**FILED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _28_ day of _April_, _2006_, hereby

**ORDERED** that the sentencing in this matter is set for 7-28-06 at 2:00 pm.; and it is

**ORDERED** that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45 days after the referral date; and it is further

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

**SO ORDERED.**

_____
Henry H. Kennedy, Jr.
United States District Judge