UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-179-01 (HHK) |
| v : | **FILED** |
| VICTOR QUINONES : | APR 2 8 2006 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

   A.   The essential elements of the offense of Conspiracy, in violation of Title 18, United States Code section 371 are:

   1.   that an agreement existed between two or more people to commit the crime of distribution of cocaine base;

   2.   that the defendant intentionally joined in that agreement; and

   3.   that one of the people involved in the conspiracy did something for the purpose of carrying out the conspiracy.

II.   COPY OF THE PLEA AGREEMENT:

   A copy of the plea agreement, not yet executed by the defendant, is attached.

III.   PENALTIES:

   A.   Pursuant to 18 United States Code § 371, this crime carries a maximum sentence of five years imprisonment

IV.  FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On March 25, 2004, a Metropolitan Police Department confidential informant met with the defendant and Sandra Santiago at an undercover storefront that purportedly worked on cars in the 1200 block of Mount Olivet Road, N.E. in Washington, D.C. The office space behind the auto repair shop was rigged with audio and video tape equipment to capture illegal narcotics transactions. Upon arriving at the undercover shop, the confidential informant walked over to the defendant's car. Santiago handed the confidential informant a plastic bag containing a white rock-like substance. Quinones exited the car and followed the confidential informant into the undercover shop, where Quinones and the confidential informant met with undercover Metropolitan Police Officer Randy Parker. Undercover officer Parker and the defendant discussed drug sales. The confidential informant handed undercover officer Parker the bag containing the white rock-like substance. Undercover officer Parker retrieved $2000 in MPD funds and began counting the money in front of Quinones. Undercover officer Parker then handed the $2000 over to Quinones. Quinones, undercover officer Parker, and the confidential informant left the undercover location at the same time. The DEA analyzed the substance sold by Quinones to the undercover officer, and determined that it was 61.1 grams of cocaine base. This transaction was captured on videotape.

Furthermore, on February 18, 2005, the defendant sold 65.6 grams of cocaine hydrochloride to an undercover officer, and on April 18, 2005, the defendant sold 31.2 grams of

cocaine base to an undercover officer.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Manuel Retureta, this 13th day of March, 2006.

_____
Catherine Connelly
Assistant United States Attorney