# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Victor Quinonez

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-179-01

I, _____Victor Quinonez_____, the above named defendant, who is accused of

**FILED**

APR 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____March 24, 2006_____ prosecution by indictment and consent that the
                                         Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____Henry [Kennedy]_____
           Judicial Officer