UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Crim. Case No.:  05-179 (HHK) |
| v. | |
| **VICTOR QUINONEZ** | Sentencing: July 28, 2006, 2:00 p.m. |

## MEMORANDUM IN AID OF SENTENCING

**COMES NOW DEFENDANT,** Victor Quinonez, through undersigned counsel, and respectfully submits this Memorandum In Aid Of Sentencing.

### BOP Placement

Mr. Quinonez asks for the Court's consideration regarding his placement within the Bureau of Prison's (BOP) system.  Factors significant to Mr. Quinonez include:  proximity to friends; educational and vocational resources; drug treatment availability; and, security considerations.  Based upon these factors, Mr. Quinonez submits the following facilities for the Court's consideration and recommendation in the judgment and commitment order:

1)     FCI Fairton
        Fairton, New Jersey
        Vocational Training, Advanced Occupational Training and Apprenticeship Training
        Drug Treatment Program (Residential Drug Abuse Program – RDAP)

2)     FCI Fort Dix
        Fort Dix, New Jersey
        Vocational Training, Advanced Occupational Training and Apprenticeship Training
        Drug Treatment Program (Residential Drug Abuse Program – RDAP)

**Substance Abuse Program**

The presentence report correctly notes that Mr. Quinonez admitted the illegal use of powder cocaine and cocaine base. Presentence Investigation Report, p.10 ¶45. The drug usage dates back to the age of 15. *Id.* Of special significance is Mr. Quinonez's statement that he "believes his drug problems are considerably serious and that he is in considerable need of intervention." Presentence Investigation Report, p.10 ¶46. The report further notes that Mr. Quinonez has received the benefit of limited substance abuse programs in the past and feels that they prove beneficial. *Id.* Therefore, Mr. Quinonez asks that the Court recommend drug treatment through the Bureau of Prison's 500-hour drug treatment program (Residential Drug Abuse Program "RDAP").

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this pleading was served on all parties via ECF filing on this 26th day of July 2006.

_____/s/_____
Manuel J. Retureta, Esq.